UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TWENTY FOUR HOUR FOOD STORES, a California corporation d.b.a. LA JOLLA COUNTRY MARKET, *et al.*,<br><br>                    Defendants. | Civil No. 06CV1885-L(CAB)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

On December 12, 2006, Defendant Porkyland Restaurants, LLC d.b.a. Porkyland; Porkyland Restaurants of San Diego, LLC filed a Joint Motion for an Order/Approval from Court Extending Time to Respond to Complaint. A [Proposed] Order Re: Request for Order/Approval from Court to Respond to Complaint was included in the same document. (*See* Docket no. 6.) This document is rejected and stricken from the record because it is duplicative of Joint Motion for an Order/Approval from Court Extending Time to Respond to Complaint filed the same day (Docket no. 5), and because it contains a proposed order which fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual § 2(h) (Proposed Orders and Orders).) The Clerk of the Court is instructed to **STRIKE FROM THE**

/ / / / /

1 **RECORD** Joint Motion for an Order/Approval from Court Extending Time to Respond to
2 Complaint filed December 12, 2006 (docket no. 6).

4     **IT IS SO ORDERED**.
5 DATED: December 13, 2006

                                                M. James Lorenz
                                                United States District Court Judge

7 COPY TO:

9 HON. CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL