UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> TWENTY FOUR HOUR FOOD STORES, a California corporation d.b.a. LA JOLLA COUNTRY MARKET, *et al.*, <br><br>            Defendants. | Civil No. 06CV1885-L(CAB) <br><br> **ORDER STRIKING DOCUMENT FROM THE RECORD** |

On February 20, 2007, Defendant The Allouridge Corporation ("Allouridge") filed a Joint Motion for Order Extending Time for Defendant The Allouridge Corporation to File Response to First Amended Complaint ("Joint Motion"). A pleading styled as a [Proposed] Order on Joint Motion for Order Extending Time for Defendant The Allouridge Corporation to File Response to First Amended Complaint was electronically filed as an attachment to the Joint Motion. (*See* Docket no. 20, Attachment no. 1.) The proposed order is rejected and stricken from the record because it fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual ("E-Filing Manual") § 2(h) (Proposed Orders and Orders). The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** the [Proposed] Order on Joint Motion

/ / / / /

06c1885

1  for Order Extending Time for Defendant The Allouridge Corporation to File Response to First
2  Amended Complaint, filed February 20, 2007 (docket no. 20, attachment no. 1).
3      **IT IS SO ORDERED**.
4
5  DATED: February 21, 2007
6
    M. James Lorenz
7      United States District Court Judge
  COPY TO:
8
  HON. CATHY A. BENCIVENGO
9    UNITED STATES MAGISTRATE JUDGE
10  ALL PARTIES/COUNSEL
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28