# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>TWENTY FOUR HOUR FOOD STORES, a California corporation d.b.a. LA JOLLA COUNTRY MARKET, *et al.*,<br><br>  Defendants. | Civil No. 06CV1885-L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS PORKYLAND RESTAURANTS, LLC d.b.a. PORKYLAND AND PORKYLAND RESTAURANTS OF SAN DIEGO, LLC** |

On April 18, 2007, Plaintiff and Defendants Porkyland Restaurants, LLC d.b.a. Porkyland and Porkyland Restaurants of San Diego, LLC filed a joint motion of dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), all claims against Defendants Porkyland Restaurants, LLC d.b.a. Porkyland and Porkyland Restaurants of San Diego, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: April 19, 2007

  M. James Lorenz
  United States District Court Judge

COPY TO:

HON. CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

06c1885