UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>TWENTY FOUR HOUR FOOD STORES, a California corporation d.b.a. LA JOLLA COUNTRY MARKET, *et al.*,<br><br>             Defendants. | Civil No. 06CV1885-L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On May 24, 2007, Plaintiffs and Defendant The Allouridge Corporation filed a Joint Motion for Dismissal with Prejudice of Only Defendant The Allouridge Corporation. Pursuant to Federal Rule of Civil Procedure 41(a), all claims against Defendant The Allouridge Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: May 25, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06c1885